IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAROLD DUANE SMITH,**                                                                               **PLAINTIFF**
**ADC #081898**

v.                              CASE NO. 5:15CV00144 BSM

**WENDY KELLY, Director,**
**Arkansas Department of Correction, et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE